# In the United States Court of Federal Claims

No. 20-1183 C
Filed: February 10, 2021

| |
|---|
| **ADE ADEGBITE,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **UNITED STATES,** <br><br> *Defendant.* |

### SCHEDULING ORDER

    A remote oral argument on the Government's pending motion to dismiss (ECF No. 7) is hereby scheduled for **March 5, 2021 at 10:00 a.m. EST** via videoconference. The court will provide instructions for participating in the oral argument separately.

    **IT IS SO ORDERED.**

                                                                 s/ Edward H. Meyers
                                                              EDWARD H. MEYERS
                                                             Judge