# In the United States Court of Federal Claims

No. 20-1183 C
Filed: February 17, 2021

| |
|---|
| **ADE ADEGBITE,** *et al.*, <br><br>      *Plaintiffs*, <br><br> v. <br><br> **UNITED STATES,** <br><br>      *Defendant*. |

## SCHEDULING ORDER

A remote oral argument on the Government's pending motion to dismiss (ECF No. 7) is hereby rescheduled for **March 3, 2021 at 10:00 a.m. EST** via videoconference. The court will provide instructions for participating in the oral argument separately.

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
EDWARD H. MEYERS
Judge